UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARINE TRAVELIFT, INC.,

    Plaintiff,

v.                                    Case No. 08-C-601

TOBY SEXTON TIRE CO., INC., et al.,

    Defendants.

**ORDER**

Plaintiff has filed a motion to amend the complaint to add additional parties and remove former defendant U.S. Rim Corp. from the caption. The motion is **GRANTED**. All claims against Defendant U.S. Rim Corp. are dismissed with prejudice, pursuant to the parties' settlement. The clerk is directed to docket Exhibit A to Docket No. 27 as the First Amended Complaint.

**SO ORDERED** this  3rd  day of April, 2009.

                                                                        s/ William C. Griesbach
                                                                        William C. Griesbach
                                                                        United States District Judge